Alan SILBERMAN, Appellant,

v.

R.A. EVANS, Respondent,

Kevin Iseman, Defendant.

No. WD 46506.

Missouri Court of Appeals,
Western District.

May 11, 1993.

Janice A. Harder, Columbia, for appellant.

**204**

Robert W. Spangler, Harrisonville, John P. Ryan, Jr., Grandview, for respondents.

Before ULRICH, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Plaintiff, Alan Silberman, brought suit to collect on a promissory note issued by defendants, R.A. Evans and Kevin Iseman. The trial court found in favor of defendants at the close of all of the evidence. We affirm the trial court and hold consistent with the trial court's judgment that plaintiff failed his burden of proving holder in due course status under the repealed § 400.3–307(3), RSMo 1986.

The judgment is affirmed. Rule 84.16(b).